# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANNECER PERUZAR,
               Appellant,
vs.
CAESARS ENTERTAINMENT
CORPORATION, A DELAWARE
CORPORATION; PHWLV, LLC, D/B/A
PLANET HOLLYWOOD RESORT AND
CASINO, A NEVADA LIMITED
LIABILITY COMPANY,
               Respondents.

No. 79490

**FILED**

FEB 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order affirming the Discovery Commissioner's recommendation to grant a motion for sanctions against appellant. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Review of the documents before this court reveals a jurisdictional defect. It does not appear that the challenged order is appealable as a final judgment under NRAP 3A(b)(1) because appellant's claims remain pending in the district court. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment as "one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except for post-judgment issues such as attorney's fees and costs"). It also does not appear that any other statute or court rule provides for an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this

20-06263

court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:  Hon. Kerry Louise Earley, District Judge
     Annecer Peruzar
     Hofland & Tomsheck
     Eighth District Court Clerk

_____

[1]Given this dismissal, respondents' motion to dismiss this appeal is denied as moot. Respondents' request for sanctions pursuant to NRAP 38 is denied.